

NUMBER 13-13-00223-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CONNIE MARTHILJOHNI,                                                          Appellant,

v.

JAMES MARTHILJOHNI,                                                          Appellee.

On appeal from the 24th District Court
of Victoria County, Texas

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 18, 2013, to allow the trial court to conduct a trial and enter a final judgment. This cause is now before the Court on appellant's motion to dismiss the appeal on grounds the parties have compromised and

settled the dispute which formed the basis of this appeal. Appellant requests that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of November, 2013.